

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2025

No. 04-24-00871-CV

**IN RE T SLASH BAR TEXAS, LTD**, Relator

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

After consideration, the court GRANTS the relator's motion to dismiss. Accordingly, relator's petition for writ of mandamus is DISMISSED.

We further DISMISS real party in interest's pending motions as MOOT.

It is so **ORDERED** on February 26, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 11E2403435, styled *T Slash Bar Texas, Ltd., v. Dalila Agiza*, pending in the Justice of the Peace Court, Precinct 1, Place 1, Bexar County, Texas, the Honorable Sylvia M. Ruiz presiding.